**Brian COLES, a/k/a Ronnie Miller, Plaintiff—Appellant,**

v.

**DUPREE, Defendant—Appellee.**

No. 07–6916.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 11, 2007.

Brian Coles, Appellant Pro Se. Thomas Harold Bostwick, Baltimore County Office of Law, Towson, Maryland, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Coles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Coles' motion for appointment of counsel, and affirm for the reasons stated by the district court. *Coles v. Dupree,* No. 1:06–cv–02208–JFM (D.Md. May 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in

**938**

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Charles C. Moore, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. *See Moore v. Simmons,* No. 5:06–CT–03143–H (E.D.N.C. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*